**TRIMONT PLAZA CONDOMINIUM ASSOCIATION**

v.

James A. **MOLLICA**, Jr., Sheila M. Mollica, Individually and as Trustees of The Mollica Living Trust, and Cathy Ann Chromulak,

**Petition of Sheila M. Mollica, Individually and as Trustee of the Mollica Living Trust.**

Supreme Court of Pennsylvania.

Nov. 6, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 6th day of November 2008, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of our decision in *M & P Management, L.P. v. Williams,* 594 Pa. 489, 937 A.2d 398 (2007), holding that, where a confession of judgment is void, it may be challenged at any time.

Justice TODD did not participate in the consideration or decision of this matter.